## (October 24, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HERBERT SHAFER, Respondent, et al., Defendants.— Order unanimously affirmed. Memorandum: There was an insufficient factual showing in the application for the search warrant to justify its issuance. (People v. Politano, 17 A D 2d 503, affd. 13 N Y 2d 852; see, also, People v. Marshall, 13 N Y 2d 28, 34, 35.) We pass on no other issue. (Appeal by People from order of Erie County Court granting defendant's motion to suppress certain evidence.) Present — Williams, P. J., Bastow, Goldman and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HERBERT SHAFER et al., Defendants, and BENEDETTO SPANO, Respondent.— (Same decision and like cause of action as in companion case of People v. Shafer, 19 A D 2d 849.)